IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 PM 5:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 04-20311 Ml |
| ISIAH CONWAY, ) | |
| Defendant. ) | |

ORDER DENYING MOTION TO RESET DATE
DEFENDANT MUST REPORT TO BUREAU OF PRISONS

Before the Court is Defendant's August 1, 2005, Motion For Resetting to Report to Jail and August 2, 2005, Amended Motion for Resetting to Report to Jail. The United States filed its response on August 2, 2005.

For the reasons stated in the Government's response, the Defendant's motion is hereby DENIED and the Defendant shall report to FCI Yazoo City, Yazoo, Mississippi, as previously ordered by 2:00 p.m. on Friday, August 5, 2005.

SO ORDERED this 3 DAY OF August, 2005.

JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 188 in case 2:04-CR-20311 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT